UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
CHRISTIAN WALLER,

                    Plaintiff,

         -against-                                   21-cv-0209 (LAK)

CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The motion for reconsideration and to dismiss (Dkt 18) is denied.

        SO ORDERED.

Dated:       February 28, 2025

                                                 Lewis A. Kaplan
                                        United States District Judge