**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
CHRISTIAN WALLER,

                Plaintiff,                    21 **CIVIL** 0209 (LAK)

     -against-                              **<u>JUDGMENT</u>**

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated September 10, 2025, Defendants' motion for summary judgment dismissing the complaint is granted.

**Dated:** New York, New York

      September 11, 2025

                                                      **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                       **BY:**

                                                         **Deputy Clerk**